## Nellie Warshawsky, Appellee, v. American Automotive Products Co., Appellant.

Gen. No. 46,965.

First District, Second Division.

April 9, 1957.

Released for publication May 21, 1957.

Sidney J. Goldstein and Charles A. Greenstein, for appellant; McKay & Krulewitch, for appellee. Opinion by JUDGE SCHWARTZ. Not to be published in full.